## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE <br> CAPITAL ONE TELEPHONE <br> CONSUMER PROTECTION ACT <br> LITIGATION | ) ) ) ) ) | Master Docket No. 1:12-cv-10064 <br> MDL No. 2416 |
| This document relates to: <br><br> KEITH FROSLAND, <br><br> v. <br><br> CAPITAL ONE BANK (USA), N.A. | ) ) ) ) ) ) ) ) | Case No: 1:14-cv-00547 |

### AGREED ORDER TO DISMISS WITH PREJUDICE

Pursuant to the Joint Stipulation to Dismiss with Prejudice filed by the parties:

IT IS HEREBY ORDERED that *Keith Frosland v. Capital One Bank (USA), N.A.*, is dismissed in its entirety, with prejudice, each party bearing its own attorney's fees and costs, pursuant to Fed. R. Civ. P. 41(a). Civil case terminated.

1/7/15

*James F. Holderman*
JAMES F. HOLDERMAN
United States District Court